UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

2005

RALPH MANGIARELLI, SR. and SHIRLEY MANGIARELLI

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendant.

C.A. No. 04-467L

**DISMISSAL STIPULATION**

Plaintiffs Ralph Mangiarelli, Sr. and Shirley Mangiarelli and Defendant United States of America, by and through their undersigned counsel, hereby stipulate and agree that plaintiffs' complaint against the United States of America, is voluntarily dismissed by plaintiffs with prejudice, each party to bear their or its own fees, costs, and expenses.

ROBIN E. FEDER
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000

MICHAEL S. SCHWARTZ, ESQ.
MANDELL, SCHWARTZ & BOISCLAIR
Attorney for Plaintiff
One Park Row
Providence, RI 02903
(401) 273-8330

Enter: Ronald R. Lagueux
Sr. USDJ 10/18/05